# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **TORIBIO VERA CHAVEZ,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **FRANCISCO VENEGAS, DIRECTOR** | § | **No.  3:26-CV-01749-LS** |
| **MARY DE ANDA-YBARRA,** | § | |
| **MARKWAYNE MULLIN,** | § | |
| **SECRETARY OF U.S. DEPARTMENT** | § | |
| **OF HOMELAND SECURITY, TODD** | § | |
| **BLANCHE,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER TRANSFERRING CASE

Petitioner Toribio Vera Chavez seeks a writ of habeas corpus ordering his release from custody during removal proceedings. However, Petitioner is detained at the El Valle Detention Facility in Raymondville, Texas,[1] which lies within the jurisdiction of the U.S. District Court for the Southern District of Texas. "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."[2] Therefore, the Court transfers this case to the U.S. District Court for the Southern District of Texas.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 29, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* ECF No. 1-2 at 4.
[2] *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).